642

Circuit denied. *Mr. Harry Price* for petitioner. *Mr. Joseph Joffe* for respondent.

No. 127. UNITED CONSTRUCTION Co. *v.* MILAM ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Charles Bushnell Fullerton* and *Harold V. Snyder* for petitioner.

No. 131. KITTREDGE *v.* STEVENS ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Scott F. Kittredge, pro se. Mr. Edwin A. Howes* for respondents.

No. 133. CORY *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Peter V. D. Voorhees* and *Samuel B. Stewart, Jr.* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Warren F. Wattles* for respondent.

No. 135. SECOND CAREY TRUST *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. Geo. E. H. Goodner* and *Miss Helen Goodner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Warren F. Wattles* for respondent.